IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WM FINANCIAL SERVICES, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:05-CV-0939-D |
| VS. | § | |
| | § | |
| DRS. ALIMADAD AND ALCINA JATOI, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the September 12, 2006 findings and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct and are therefore adopted. Accordingly, defendants' September 11, 2006 application to void award and reinstate lawsuit is denied.

The clerk of court is directed to terminate defendants' October 10, 2006 application and response as a motion for statistical purposes because it is defendants' response and objections to the magistrate judge's September 12, 2006 findings and recommendation.

**SO ORDERED**.

October 17, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE